**Carl W. BOLENDER d/b/a Newport Bay Associates**

v.

**COASTAL RESOURCES MANAGEMENT COUNCIL.**

**No. 81–445–M.P.**

Supreme Court of Rhode Island.

Jan. 14, 1982.

Paul Martellino, Newport, for petitioner.

Goldman & Biafore, Dennis H. Esposito, Providence, for respondent.

**ORDER**

The petition for writ of certiorari is denied.